IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02948-RPM

DAVID MOYA,

    Plaintiff,

v.

SSC GREELEY CENTENNIAL OPERATING COMPANY, LLC, and
SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [12] filed today, it is

ORDERED that this action is dismissed against all defendants, with prejudice, each party to bear their own costs and fees.

Dated:   June 6th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge